DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. CORBIN

No. 15 PC

Case below: 48 NC App 194

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.

STATE v. CRAVEN

No. 388 PC

Case below: 47 NC App 585

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.

STATE v. CREECH

No. 348 PC

Case below: 47 NC App 207

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 16 September 1980.

STATE v. CULPEPPER

No. 362 PC

No. 111 (Fall Term)

Case below: 47 NC App 633

Petition by defendants for discretionary review under G.S. 7A-31 allowed 15 August 1980. Petition by defendant Gurganus for writ of supersedeas allowed 15 August 1980.

STATE v. DAVIS

No. 291 PC

Case below: 46 NC App 778

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.